**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Candace Ellen MARTELL, Defendant–Appellant.**

No. 06–30504.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 14, 2007.

Joseph E. Thaggard, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

R. Henry Branom, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Candace Ellen Martell appeals from the 60–month sentence imposed after her guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1291. We vacate and remand for resentencing.

Martell contends, and the government concedes, that the district court judge erred in finding that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), precluded the court from applying the statutory "safety valve" exception to the otherwise mandatory five-year minimum sentence. We agree with the parties and vacate Martell's sentence and remand for further proceedings consistent with *United States v. Cardenas–Juarez,* 469 F.3d 1331, 1334–35 (9th Cir. 2006).

**VACATED and REMANDED.**